### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Salli Chadwick, individually, as | ) | |
| representative of the wrongful death | ) | |
| claimants, and Salli Chadwick as Personal | ) | |
| Representative of the Estate of Jon | ) | |
| Chadwick, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Jomax Construction Company, Inc., | ) | |
| a Kansas Corporation and | ) | |
| the Estate of Paul Frost, | ) | |
| | ) | Case No. 4:13-cv-145 |
| Defendants. | ) | |

Before the court is the Plaintiffs' Motion for attorney Kurt D. Holzer to appear *pro hac vice* on their behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kurt D. Holzer  has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiffs' motion (Docket No. 3) is **GRANTED**. Attorney Kurt D. Holzer  is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge